**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Lendora Gilchrist, | ) | |
| | ) | C.A. No. 4:10-cv-03034-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Parth's Incorporated d/b/a Comfort Inn, | ) | |
| and Alpha Parmar, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Report and Recommendation [Doc. 27], filed on October 3, 2011, recommending that Defendants' Motion for Summary Judgment [Doc. 21] be granted.   Plaintiff brings this action against her former employers alleging race discrimination.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.  The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff timely filed objections to the Magistrate Judge's Report and Recommendation.  In Plaintiff's Objections to the Report and Recommendation [Doc. 28], Plaintiff continues to dispute the veracity of Defendants' allegations against her regarding Plaintiff's alleged theft of money from

1

2

her employer, her actions in allegedly allowing unauthorized individuals behind the front desk, and

the reasons for certain reductions in Plaintiff's work hours. Upon review, the court finds that

Plaintiff's objections merely restate her claims and arguments which were adequately addressed by

the Magistrate Judge. Plaintiff does not make any specific objections to the Magistrate Judge's

analysis of her claims or the bases for the Magistrate Judge's recommendations. Therefore, after a

thorough review of the Magistrate Judge's Report and Recommendation and the record in this case,

the court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein.

It is therefore **ORDERED** that Defendants' Motion for Summary Judgment [Doc. 21] is

**GRANTED**, and the Magistrate Judge's Report and Recommendation is adopted as stated herein.

**IT IS SO ORDERED**.

J. Michelle Childs

United States District Judge

December 29, 2011
Greenville, South Carolina

2